ROBERT H. REXRODE (California State Bar No. 230024)
ANTONIO CERVANTES (California State Bar No. 277726)
Attorneys At Law
427 C Street, Suite 310
San Diego, CA 92101
Tel. (619) 630-4435 ~ (619) 356-0777 ~ Fax (619) 345-4720
Email: robert_rexrode@rexrodelawoffices.com
Email: antonio@cervanteshodges.com

Attorneys for Defendant Consuelo Galvan

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>RENE BURGOS, an individual; and CONSUELO GALVAN, an individual,<br><br>Defendants. | Case No. SACV-15-0556 AG (RNBx)<br><br>**JUDGMENT**<br><br>**Judge: Hon. Andrew J. Guilford** |

This action having been commenced on April 9, 2015, and the Court having approved the stipulation of the parties for entry of judgment, and for good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Rene Burgos ("Rene") is deemed to be the beneficiary on Benjamin Burgos' ("Benjamin") account with the Operating Engineers Pension Trust ("Trust") with respect to fifty percent (50%) of the death benefits payable on Benjamin's account, subject to adjustments set out in paragraph 3 below.

2. Consuelo Galvan ("Consuelo") is deemed to be the beneficiary on Benjamin's account with the Trust with respect to fifty percent (50%) of the death benefits payable on Benjamin's account, subject to adjustments set out in paragraph 3 below.

3. The Trust was awarded attorneys' fees of $7,080 and costs of $1,157.40 (Dkt. 33), incurred by the Trust in bringing this interpleader action, and such fees shall be deducted from the death benefits payable from the Trust pursuant to this Judgment. For the time period of August 1, 2014, through February 29, 2016, the Trust withheld pension benefits in the amount of $24,662.00. The amount of $8,237.40 shall be withheld by the Trust and applied to the Trust's attorneys' fees and costs. The remaining $16,424.60 of withheld death benefits payable on Benjamin's account shall be paid to Rene and Consuelo in accordance with the percentages set forth in paragraphs 1 and 2 hereinabove.

4. Beginning the first month after the Court enters Judgment and after the amounts set forth in paragraph 3 hereinabove are paid, the Trust shall pay Rene $649.00 [fifty percent (50%)] of each subsequent monthly death benefit payable on Benjamin's account with the Trust. The Trust shall pay Consuelo $649.00 [fifty percent (50%)] of each subsequent monthly death benefit payable on Benjamin's account with the Trust.

5. Each defendant shall be, and hereby is, restrained from instituting any action or actions against the Operating Engineers Pension Trust, in any forum, relating to the benefits payable on Ben Burgos' account from the Operating Engineers Pension Trust, other than to enforce a Judgment entered by this Court.

6. If Rene Burgos or Consuelo Galvan do not survive until the balance of such benefits have been paid in full, then any remaining death benefits will be paid pursuant to the rules of the Plan.

7. Rene Burgos and Consuelo Galvan shall each be responsible for any federal and state taxes due upon the amounts awarded and/or paid to them pursuant to the Judgment or any order of the Court. It is acknowledged and agreed that the Trust's attorney's fees and costs retained by the Trust pursuant to paragraph 3, above will be retained from

benefits otherwise awarded to Rene Burgos and Consuelo Galvan.

This order constitutes a final judgment under the Federal Rules of Civil Procedure.
      This order constitutes a final judgment under the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated:  February 29. 2016    _____
                                                  The Honorable Andrew J. Guilford
                                                  United States District Court Judge